Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31640−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joao Gomes                                          Dilma Gomes
   aka John Gomes                               40 Nathan Drive
   40 Nathan Drive                                 Old Bridge, NJ 08857
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−2013                                        xxx−xx−9209

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                1/8/20
Time:              10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 18, 2019
JAN: pbf

                                                                          Jeanne Naughton
                                                                          Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 19-31640-MBK
Joao Gomes                                                      Chapter 13
Dilma Gomes
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Nov 18, 2019
                              Form ID: 132             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db/jdb       +Joao Gomes,    Dilma Gomes,    40 Nathan Drive,    Old Bridge, NJ 08857-2790
518572608     Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
518572612     Cavalry SPV I. LLC,    Attn: Apothaker Scian PC,    PO Box 5496,    Mount Laurel, NJ 08054-5496
518572613    +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
518572617    +Diversified Adjustment Service, Inc,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
518572618    +Edward J McKenna,    McKenna DuPont Higgins & Stone,    PO Box 610,    Red Bank, NJ 07701-0610
518572619     Express Scripts,    Attn: Cash Office,    PO Box 747000,    Cincinnati, OH 45274-7000
518572620    +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
518572621     GM Financial Leasing,    PO Box 182963,    Arlington, TX 76096-2963
518572622     JFK Medical Assoiates,    PO Box 11912,    Newark, NJ 07101-4912
518572623     JFK Outreach Labs,    80 James St, 4th Floor,    Edison, NJ 08820-3938
518572625    +KML Law Group,    216 Haddon Avenue Ste 406,    Collingswood, NJ 08108-2812
518572634   ++++MIDLAND FUNDING,    ATTN: MIA KIRISIS, ESQ,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ   07102-5415
             (address filed with court: Midland Funding,     Attn: Mia Kirisis, Esq,
               1037 Raymond Blvd Ste 710,    Newark, NJ 07102)
518572632     Midland Funding,    Attn; Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518572635    +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
518572637     Oakwoods Inc,    PO Box 64148,    Phoenix, AZ 85082-4148
518572638    +Old Bridge Municipal Utilties Authority,    71 Boulevard West,    Keyport, NJ 07735-6105
518572645    ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
               DURHAM NC 27713-2450
             (address filed with court: Professional Recovery Consultants,
               2700 Meridian Parkway, Suite 200,    Durham, NC 27713-2204)
518572646     Raritan Bay Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518572654   ++++USAA SAVINGS BANK,    ATTN: AMERICAN CORADIUS INTERNATIONAL,    37 RUST LN,
               BOERNE TX  78006-8288
             (address filed with court: USAA Savings Bank,     Attn: American Coradius International,
               35A Rust Lane,    Boerne, TX 78006-8202)
518572653    +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764
518572656     Vital Recovery Services,    PO Box 923748,    Norcross, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518572609    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 02:05:08      Capital One Bank,
               PO Box 71083,    Charlotte, NC 28272-1083
518572610    +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 02:10:58      Cavalry Portfolio Servicing,
               PO Box 27288,    Tempe, AZ 85285-7288
518572611    +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 02:10:58      Cavalry SPV I, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
518572614    +E-mail/PDF: creditonebknotifications@resurgent.com Nov 19 2019 02:03:50      Credit One Bank,
               PO Box 98875,    Las Vegas, NV 89193-8875
518572616     E-mail/Text: bankruptcy.bnc@ditech.com Nov 19 2019 02:10:01      Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
518572624    +E-mail/Text: bankruptcy@sccompanies.com Nov 19 2019 02:09:10      K. Jordan,    913 1st Avenue,
               Chippewa Falls, WI 54729-1402
518572626     E-mail/Text: bncnotices@becket-lee.com Nov 19 2019 02:09:37      Kohls,    PO Box 2893,
               Milwaukee, WI 53201-2983
518572628    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 02:05:24      LVNV Funding LLC,
               PO Box 10497,    Greenville, SC 29603-0497
518572629     E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 19 2019 02:06:27      Merrick,
               PO Box 660702,    Dallas, TX 75266-0702
518572630    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 19 2019 02:06:29      Merrick Bank,
               PO Box 9201,    Old Bethpage, NY 11804-9001
518572631    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 02:10:36      Midland Funding,
               8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
518572636    +E-mail/Text: Bankruptcies@nragroup.com Nov 19 2019 02:11:26      NRA Group LLC,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
518572639     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 02:18:06
               Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-1223
518572652     E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 02:03:38      SYNCB,    Attn: Bankruptcy Dept,
               PO Box 965064,    Orlando, FL 32896-5064
518572647     E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 02:03:38      SYNCB,    PO Box 965060,
               Orlando, FL 32896-5060
518573133    +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 02:06:23      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518572657    +E-mail/Text: vci.bkcy@vwcredit.com Nov 19 2019 02:10:47      VW Credit Inc,    1401 Franklin Blvd,
               Libertyville, IL 60048-4460
518572655    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 02:09:14
               Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 20
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 18, 2019
                              Form ID: 132             Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518572615*      +Credit One Bank,    PO Box 98875,    Las Vegas, NV 89193-8875
518572627*       Kohls,    PO Box 2893,    Milwaukee, WI 53201-2983
518572633*      +Midland Funding,    8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
518572640*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                   Norfolk, VA 23541-1223)
518572641*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                   Norfolk, VA 23541-1223)
518572642*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                   Norfolk, VA 23541-1223)
518572643*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12903,
                   Norfolk, VA 23541)
518572644*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12903,
                   Norfolk, VA 23541)
518572648*       SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518572649*       SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518572650*       SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518572651*       SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              James J. Cerbone    on behalf of Joint Debtor Dilma  Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Joao  Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 4
```