JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**JOAO & DILMA GOMES**

DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.:  19-31640/MBK

## ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: December 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors:  Joao & Dilma Gomes

Case Number: 19-31640/MBK

Caption of Order:  Order Extending the Automatic Stay as to All Creditors


**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for

Debtors, upon reading documents submitted and good cause being shown:


**ORDERED** that the automatic stay is extended to all creditors.