JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**JOAO & DILMA GOMES**

DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 19-31640/MBK

### ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: December 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors:  Joao & Dilma Gomes

Case Number: 19-31640/MBK

Caption of Order:  Order Extending the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is extended to all creditors.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-31640-MBK
Joao Gomes                                                      Chapter 13
Dilma Gomes
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Dec 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
db/jdb         +Joao Gomes,    Dilma Gomes,    40 Nathan Drive,    Old Bridge, NJ 08857-2790

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              James J. Cerbone    on behalf of Joint Debtor Dilma  Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Joao  Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Joel R. Glucksman    on behalf of Creditor   Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com, rjoyce@sh-law.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6