Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–31640–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joao Gomes
aka John Gomes
40 Nathan Drive
Old Bridge, NJ 08857

Dilma Gomes
40 Nathan Drive
Old Bridge, NJ 08857

Social Security No.:
  xxx–xx–2013                                   xxx–xx–9209

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 21, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 26, 2020
JAN: kmm

                                                            Jeanne Naughton
                                                            Clerk

```
                     United States Bankruptcy Court
                          District of New Jersey

In re:                                                Case No. 19-31640-MBK
Joao Gomes                                            Chapter 13
Dilma Gomes
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3           Date Rcvd: May 26, 2020
                             Form ID: 148             Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb         +Joao Gomes,    Dilma Gomes,    40 Nathan Drive,    Old Bridge, NJ 08857-2790
cr             +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                 c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                 Lyndhurst, NJ 07071-0790
cr             +United Teletech Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
                 PO Box 610,    229 Broad Street,    Red Bank, NJ 07701-2009
518587442      +ACAR Leasing LTD,    POB 183853,    Arlington, TX 76096-3853
518572612       Cavalry SPV I. LLC,    Attn: Apothaker Scian PC,    PO Box 5496,    Mount Laurel, NJ 08054-5496
518572616       Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
518572617      +Diversified Adjustment Service, Inc,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
518572618      +Edward J McKenna,    McKenna DuPont Higgins & Stone,    PO Box 610,    Red Bank, NJ 07701-0610
518572619       Express Scripts,    Attn: Cash Office,    PO Box 747000,    Cincinnati, OH 45274-7000
518668176       FIG Cust FIGNJ19LLC & Sec Pty,    PO Box 54226,    New Orleans Louisiana 70154-4226
518572621       GM Financial Leasing,    PO Box 182963,    Arlington, TX 76096-2963
518572622       JFK Medical Assoiates,    PO Box 11912,    Newark, NJ 07101-4912
518572623       JFK Outreach Labs,    80 James St, 4th Floor,    Edison, NJ 08820-3938
518572625      +KML Law Group,    216 Haddon Avenue Ste 406,    Collingswood, NJ 08108-2812
518572634    ++++MIDLAND FUNDING,    ATTN: MIA KIRISIS, ESQ,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ  07102-5415
               (address filed with court:  Midland Funding,    Attn: Mia Kirisis, Esq,
                 1037 Raymond Blvd Ste 710,    Newark, NJ 07102)
518572632       Midland Funding,    Attn; Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518675811       New Residential Mortgage, LLC,    c/o,   NewRez LLC dba Shellpoint Mortgage Servi,
                 P.O. Box 10826,    Greenville, SC 29603-0826
518572635      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
518673154      +Oakwoode Association,    c/o Hill Wallack LLP,    21 Roszel Road, P.O. Box 5226,
                 Princeton, NJ 08543-5226
518572637       Oakwoods Inc,    PO Box 64148,    Phoenix, AZ 85082-4148
518572638      +Old Bridge Municipal Utilties Authority,    71 Boulevard West,    Keyport, NJ 07735-6105
518572645     ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
               (address filed with court:  Professional Recovery Consultants,
                 2700 Meridian Parkway, Suite 200,    Durham, NC 27713-2204)
518572646       Raritan Bay Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518572654    ++++USAA SAVINGS BANK,    ATTN: AMERICAN CORADIUS INTERNATIONAL,    37 RUST LN,
                 BOERNE TX  78006-8288
               (address filed with court:  USAA Savings Bank,    Attn: American Coradius International,
                 35A Rust Lane,    Boerne, TX 78006-8202)
518572653      +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764
518633747      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
518572656       Vital Recovery Services,    PO Box 923748,    Norcross, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM May 27 2020 03:53:00      Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,
                 Ste 1100-N,    Dallas, TX 75247-3822
518572608       EDI: TSYS2.COM May 27 2020 03:53:00      Barclay Card,    PO Box 13337,
                 Philadelphia, PA 19101-3337
518572609      +EDI: CAPITALONE.COM May 27 2020 03:53:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
518587734      +EDI: AIS.COM May 27 2020 03:53:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518649203       EDI: BL-BECKET.COM May 27 2020 03:53:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518572610      +E-mail/Text: bankruptcy@cavps.com May 27 2020 00:31:29      Cavalry Portfolio Servicing,
                 PO Box 27288,    Tempe, AZ 85285-7288
518572611      +E-mail/Text: bankruptcy@cavps.com May 27 2020 00:31:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
518572613      +EDI: CITICORP.COM May 27 2020 03:53:00      Citibank,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
518623672      +EDI: CBS7AVE May 27 2020 03:53:00      Country Door,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518572614      +E-mail/PDF: creditonebknotifications@resurgent.com May 27 2020 00:36:43      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518579453       EDI: FORD.COM May 27 2020 03:53:00      FORD MOTOR CREDIT COMPANY LLC,    DEPT 55953 PO BOX 55000,
                 DETROIT, MI 48255-0953
518583533       EDI: FORD.COM May 27 2020 03:53:00      Ford Motor Credit Co., LLC,    POB 62180,
                 Colorado Springs, CO  80962-2160
518572620      +EDI: FORD.COM May 27 2020 03:53:00      Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
518583534       EDI: IRS.COM May 27 2020 03:53:00      IRS,    POB 7346,    Trenton, NJ  19101-7346
```

```
District/off: 0312-3          User: admin                Page 2 of 3              Date Rcvd: May 26, 2020
                              Form ID: 148               Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518572624       +EDI: CBSMASON May 27 2020 03:53:00      K. Jordan,    913 1st Avenue,
                 Chippewa Falls, WI 54729-1402
518623671       +EDI: CBSMASON May 27 2020 03:53:00      K. Jordan,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518572626        E-mail/Text: bncnotices@becket-lee.com May 27 2020 00:30:22       Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
518572628       +E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 00:36:48        LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
518664460        E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 00:36:11        LVNV Funding, LLC,
                 Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
518572629        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 27 2020 00:36:31       Merrick,
                 PO Box 660702,    Dallas, TX 75266-0702
518572630       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 27 2020 00:35:54       Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
518572631       +EDI: MID8.COM May 27 2020 03:53:00      Midland Funding,    8875 Aero Drive Ste 200,
                 San Diego, CA 92123-2255
518663618       +EDI: MID8.COM May 27 2020 03:53:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
518623670       +EDI: CBS7AVE May 27 2020 03:53:00      Midnight Velvet,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518572636       +E-mail/Text: Bankruptcies@nragroup.com May 27 2020 00:31:59      NRA Group LLC,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
518572639        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates,     PO Box 12914,
                 Norfolk, VA 23541-1223
518675113        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk VA 23541
518634055        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o American Eagle Outfitters Inc,     POB 41067,    Norfolk VA 23541
518634025        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,     c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
518634051        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Barclays Bank Delaware,    POB 41067,    Norfolk VA 23541
518634047        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,     c/o Bp,    POB 41067,
                 Norfolk VA 23541
518634022        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,     POB 41067,    Norfolk VA 23541
518634060        EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,     c/o Lowes,
                 POB 41067,    Norfolk VA 23541
518663837       +EDI: JEFFERSONCAP.COM May 27 2020 03:53:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
518606863       +EDI: DRIV.COM May 27 2020 03:53:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
518572652        EDI: RMSC.COM May 27 2020 03:53:00      SYNCB,    Attn: Bankruptcy Dept,    PO Box 965064,
                 Orlando, FL 32896-5064
518572647        EDI: RMSC.COM May 27 2020 03:53:00      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518607667       +EDI: DRIV.COM May 27 2020 03:53:00      Santander Consumer USA, Inc.,     POB 961245,
                 Ft. Worth, TX 76161-0244
518573133       +EDI: RMSC.COM May 27 2020 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518572657       +E-mail/Text: vci.bkcy@vwcredit.com May 27 2020 00:31:24       VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
518665216       +EDI: AIS.COM May 27 2020 03:53:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518572655       +EDI: VERIZONCOMB.COM May 27 2020 03:53:00      Verizon Wireless,    PO Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                               TOTAL: 44


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518572615*     +Credit One Bank,   PO Box 98875,   Las Vegas, NV 89193-8875
518572627*      Kohls,   PO Box 2893,   Milwaukee, WI 53201-2983
518572633*     +Midland Funding,   8875 Aero Drive Ste 200,   San Diego, CA 92123-2255
518572640*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-1223)
518572641*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-1223)
518572642*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-1223)
518572643*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates LLC,   PO Box 12903,
                 Norfolk, VA 23541)
518572644*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates LLC,   PO Box 12903,
                 Norfolk, VA 23541)
518572648*      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
518572649*      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: May 26, 2020
                              Form ID: 148             Total Noticed: 71


             ***** BYPASSED RECIPIENTS (continued) *****
518572650*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
518572651*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Oakwoode Association eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              James J. Cerbone    on behalf of Joint Debtor Dilma   Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Joao   Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com,   rjoyce@sh-law.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```