Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19–31640–MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joao Gomes
aka John Gomes
40 Nathan Drive
Old Bridge, NJ 08857

Dilma Gomes
40 Nathan Drive
Old Bridge, NJ 08857

Social Security No.:
  xxx–xx–2013                        xxx–xx–9209

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 28, 2020</u>         <u>Michael B. Kaplan</u>
                                       Judge, United States Bankruptcy Court